IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SUBRATA BOBBY NATH,

      Appellant,

v.

IN RE: ESTATE OF ABHA
RANI NATH, DECEASED,
SUNITA N. SMITH AND LIPKA
NATH-BALDING FRITH,
ESTATE OF ABHA RANI
NATH, REPRESENTED BY
ROBERT M. ERVIN, JR., AS
SUBSTITUTE PERSONAL
REPRESENTATIVE,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3199

Opinion filed December 1, 2016.

An appeal from the Circuit Court for Leon County.
Jackie L. Fulford, Judge.

Rafael A. Castro, III, Tallahassee, for Appellant.

Robert M. Ervin, Jr., of Ervin, Kitchen & Ervin, Tallahassee, for Appellee Estate of Abha Rani Nath; Dean R. LeBoeuf of Brooks, LeBoeuf, Bennett, Foster, & Gwartney, P.A., Tallahassee, for Appellees Sunita N. Smith and Lipika N. Frith.


PER CURIAM.

AFFIRMED.

ROWE, WINOKUR, and JAY, JJ., CONCUR.